**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SANDRA BIBIANA VILLEGAS,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00450-CEM-PRL**

**SCHOOL BOARD OF LAKE COUNTY FLORIDA,**

**Defendant,**
**_________________________________/**

# ORDER

This case is before the Court for consideration of pro se Plaintiff's motion for entry of Clerk's default against the School Board of Lake County, Florida and Plaintiff's amended motion for entry of Clerk's default against the School Board of Lake County, Florida. (Docs. 19 & 21). Plaintiff has submitted a return of service (Doc. 18) and her own declaration (Docs. 20 & 22) stating that a process server served the summons and complaint in this case by delivering copies to Katharine Vance, who identified herself as HR Receptionist, at 201 Burleigh Boulevard, Tavares, Florida.

Upon review, it appears that Plaintiff has not fully complied with the requirements of Rule 4 of the Federal Rules of Civil Procedure for serving the Defendant. Accordingly, upon due consideration, Plaintiff's motions for Clerk's entry of default (Docs. 19 & 21) are denied.

**DONE** and **ORDERED** in Ocala, Florida on September 30, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties