**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SANDRA BIBIANA VILLEGAS,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00450-CEM-PRL**

**SCHOOL BOARD OF LAKE COUNTY FLORIDA,**

**Defendant,**
**_____________________________________/**

**ORDER**

This case is before the Court for consideration of pro se Plaintiff's motions to extend time to effect service of process. Accordingly, upon due consideration, Plaintiff's motions (Docs. 24 & 25) are **GRANTED**, and Plaintiff shall have until November 10, 2026, within which to effect service of process. The Clerk is directed to issue the summons attached to Plaintiff's motion at Doc. 24-1.

**DONE** and **ORDERED** in Ocala, Florida on October 14, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties